IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cr-00316-RK |
| ) | |
| JULIO M. CALDERON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is the Report and Recommendation (Doc. 36) prepared by Magistrate Judge Lajuana M. Counts on May 31, 2022. Neither party filed objections within the 14-day period provided by Rule 59(a) of the Federal Rules of Criminal Procedure. As a result, the parties have waived their right to review. *Id*. Accordingly, the Court adopts Judge Counts' recommendation and concludes that Defendant is mentally competent to stand trial. The Report and Recommendation (Doc. 36) is incorporated by reference and made a part of this Order.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: July 5, 2022